# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 11, 2020

## NO. 03-19-00547-CR

**Marcos Landin, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 331ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
## AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgments of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments. Therefore, the Court affirms the trial court's judgments. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.